UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKEL RAMEEN THEMES,<br><br>Defendant. | Case: 1:25-cr-20551<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-23-2025<br><br><br><br>Violation:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about May 29, 2025, in the Eastern District of Michigan, the defendant, MARKEL THEMES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Glock, 9mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
## 18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about May 29, 2025, in the Eastern District of Michigan, the defendant, MARKEL THEMES, knowingly possessed a machinegun as defined by 26 U.S.C. § 5845(b), that is, a Glock, 9mm caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o)

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of an offense charged in this Indictment, MARKEL THEMES shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d)(1), any firearm or ammunition involved in said offense, including, but not limited to, a firearm with a Glock, Model 45, 9mm caliber pistol slide (serial number AFHR803) and a Glock, Model 19, 9mm caliber pistol handle/frame (serial number BBRX662), and 22 rounds of 9mm caliber ammunition.

Dated: 7/23/2025                              THIS IS A TRUE BILL

                                              *s/Grand Jury Foreperson*
                                              GRAND JURY FOREPERSON


JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*                          *s/Grant Newman*
ANTHONY P. VANCE                              GRANT NEWMAN
Assistant United States Attorney              Assistant United States Attorney
Chief, Branch Offices                         101 First Street, Suite 200
600 Church Street                             Bay City, MI 48708
Flint, MI 48502                               (989) 895-5712
(810) 766-5177                                Grant.Newman@usdoj.gov
Anthony.Vance@usdoj.gov                       P79799
P61148

3

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   X No

Case: 1:25-cr-20551
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2025

**Case Title:** USA v. Markel Rameen Themes

**County where offense occurred** Saginaw County

**Check One:** X Felony  ☐ Misdemeanor  ☐ Petty

　x　Indictment/ ＿＿Information --- no prior complaint.
　＿＿Indictment/ ＿＿Information --- based upon prior complaint [Case number:]
　＿＿Indictment/ ＿＿Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿   **Judge:** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: July 23, 2025

s/*Grant Newman*
Grant Newman
Assistant United States Attorney
101 First St. Ste. 200 Bay City, MI 48706
989-895-5712
E-Mail address: Grant.Newman@usdoj.gov
Attorney Bar:   P 79799

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

Case 1:25-cr-20551-TLL-PTM   ECF No. 1, PageID.4   Filed 07/23/25   Page 4 of 4